IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

WILLIE FLOYD,                            NOT FINAL UNTIL TIME EXPIRES TO
                                         FILE MOTION FOR REHEARING AND
           Appellant,                    DISPOSITION THEREOF IF FILED

v.                                       CASE NO. 1D15-0897

STATE OF FLORIDA,

           Appellee.

_____/

Opinion filed April 22, 2015.

An appeal from an order of the Circuit Court for Escambia County.
Jan Shackelford, Judge.

Willie Floyd, pro se, Appellant.

Pamela Jo Bondi, Attorney General, Tallahassee, for Appellee.


PER CURIAM.

           AFFIRMED.

WOLF, ROWE, and SWANSON, JJ., CONCUR.